**EXHIBIT A**

FILED
2019 OCT -5 P 12: 24
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2018-10030   DIVISION L-6

JEANETTE R. TRIPLETT

VERSUS

DOLGENCORP, LLC,
LAPALCO TEC DG, LLC, and TIA SMALLS

FILED: _____   _____
DEPUTY CLERK

## PETITION FOR DAMAGES

I.

The petition of JEANETTE R. TRIPLETT, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents that:

A.

The first named defendant is DOLGENCORP, LLC, a foreign limited liability company authorized to do and doing business in this Parish and State and with its registered office located in the Parish of East Baton Rouge, State of Louisiana, who was, at all material times mentioned herein, the owner and/or operator of the business located at 2101 Lapalco Boulevard, Harvey, Louisiana 70058 known as DOLLAR GENERAL #10588, where the incident at issue occurred.

B.

The second named defendant is LAPALCO TEC DG, LLC, a domestic limited liability company authorized to do and doing business in this Parish and State and whose registered office is located in this Parish and State, who was, at all material times mentioned herein, the owner and/or operator of the property located at 2101 Lapalco Boulevard, Harvey, Louisiana 70058 known as DOLLAR GENERAL #10588, where the incident at issue occurred.

C.

The third named defendant is TIA SMALLS, who is, upon information and belief, a person of the full age of majority who was, at all material times mentioned herein, the manager of the property located at 2101 Lapalco Boulevard, Harvey, Louisiana 70058 known as DOLLAR GENERAL #10588, where the incident at issue occurred, and who was, at all material

times herein, an employee and/or agent of DOLGENCORP, LLC and/or LAPALCO TEC DG, LLC.

II.

The aforementioned defendants are liable unto Petitioner for the damages complained of herein for the following reasons, to-wit:

III.

On or about June 23, 2018, Petitioner, JEANETTE R. TRIPLETT, was a patron and/or business invitee at a business located at 2101 Lapalco Boulevard, Harvey, Louisiana 70058 known as DOLLAR GENERAL #10588, which was and is, upon information, knowledge and belief, owned, operated, supervised and/or controlled by Defendants, DOLGENCORP, LLC, LAPALCO TEC DG, LLC and TIA SMALLS.

IV.

Petitioner was walking around the premises and looking at merchandise in a careful and prudent manner when suddenly, unexpectedly and without warning, a store shelf holding merchandise fell on top of Petitioner. As a result of the shelf falling on Petitioner, she sustained considerable personal injuries to her head, face, arm, neck, shoulders, and back. Petitioner further avers that the condition of the building rendered the premises defective, ruinous, and hazardous to business invitees such as Petitioner herein, and that that condition was an actual and/or proximate cause of Petitioner's injuries complained of herein.

V.

Defendants, DOLGENCORP, LLC, LAPALCO TEC DG, LLC and TIA SMALLS, are liable unto Petitioner for their own negligence under Article 2315 of the Louisiana Civil Code and are strictly liable for the things under their care, custody and control, to-wit: the building at issue. Defendants are also liable for the damages caused to Petitioner by the ruin of the subject building under Articles 2322 and 660 of the Louisiana Civil Code. Further, the defendants herein are vicariously liable for the negligence of any of their employees, agents and/or subcontractors under the doctrine of *Respondeat Superior*.

VI.

Additionally, Defendants, DOLGENCORP, LLC, LAPALCO TEC DG, LLC and TIA SMALLS, are liable for breaching their duty of care to Petitioner, which breaches include, but are not limited to the following:

A. Failing to properly maintain their property;

B. Failing to maintain the building and adjacent area in a safe condition;

C. Failing to take all precautions such as to avoid this accident;

D. Failing to discover and correct an existing dangerous condition;

E. Failing to provide business invitees, such as Petitioner, with a safe place to walk;

F. Failing to maintain the property in accordance with Municipal, State, and other applicable codes;

G. Failing to maintain the property in good working condition;

H. Giving express or implied authorization to unsafe practices;

I. Failing to properly train and supervise employees whose responsibility it is to provide security to business invitees such as Petitioner;

J. Any and all other acts of negligence and omissions that will be discovered and shown at the trial of this matter.

VII.

As a result of Defendants' negligence and the resulting incident, Petitioner suffered severe injuries to the structure, tissue, and muscles of his body, which include, but are not limited to, face, head, arm, neck, shoulder, and back injuries, as well as other injuries that will be shown at the time of trial.

VIII.

Petitioner, JEANETTE R. TRIPLETT, is entitled to compensation in an amount sufficient to reasonably compensate her for the following general and specific damages, which include, but are not limited to the following:

A. Past, present, and future physical pain, suffering, and loss of function;

B. Past, present, and future mental pain, anguish, and suffering;

C. Past, present, and future medical expenses which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills,

3

laboratory examinations, physical examination costs, diagnostic studies, and prosthesis;

D. Past, present, and future loss of wages including, but not limited to, loss of salary, fringe benefits, vacation, sick leave, overtime, parking, health and hospitalization insurance, and disability coverage;

E. Permanent disability to the musculature, ligaments, and bones of the body and permanent scarring and disfigurement;

F. General damages cognizable by the laws of Louisiana and its Constitution; and

G. Any and all other damages to be shown at the trial of this matter.

VIII.

Petitioner avers amicable demand to no avail.

WHEREFORE, Petitioner, JEANETTE R. TRIPLETT, prays that Defendants, DOLGENCORP, LLC, LAPALCO TEC DG, LLC and TIA SMALLS, be duly cited and served with a copy of this petition, to appear and answer same, and, after all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, JEANETTE R. TRIPLETT, and against Defendants, DOLGENCORP, LLC, LAPALCO TEC DG, LLC and TIA SMALLS, in an amount reasonably calculated to compensate her for the damages complained of herein, together with legal interest thereon, from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted:

R. BRENT CUERIA (La Bar #18176)
Cueria Law Firm, LLC
700 Camp Street, Suite 316
New Orleans, LA 70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
Email: cuerialaw@gmail.com

GEORGE W. BYRNE, JR. (#3744)
Of Counsel
Cueria Law Firm, LLC
700 Camp Street, Suite 316
New Orleans, LA 70130

ALLISON B. SCULLY (#34976)
Attorney at Law

4

12 Alden Lane
Mountain Brook, AL 35213
Telephone: (205) 790-1658
Email: ascuerialaw@gmail.com

LELOASHIA TAYLOR (#34784)
118 Terry Pkwy
Gretna, LA 70056

**PLEASE SERVE:**

DOLGENCORP, LLC
Through its registered agent for service:
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

LAPALCO TEC DG, LLC
Through its registered agent for service:
G. PAUL DORSEY, III
129 Chartres Street
New Orleans, LA 70130

TIA SMALLS
DOLLAR GENERAL #10588
2101 Lapalco Boulevard,
Harvey, Louisiana 70058